JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**G & G CLOSED CIRCUIT EVENTS, LLC,**

    Plaintiff,

    v.

**SAMUEL GEVORK GALAIAN, et al.,**

    Defendants.

Case No. CV 24-03100 WDK (JCx)

**JUDGMENT**

    The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Samuel Gevork Galaian, Zohrab Kazarian, Grigar Shakrikian, individually and d/b/a Hot Motha Clucker Nashville Bar & Grill a/k/a Hot Motha Clucker, and Hot Motha Clucker LLC, an unknown business entity d/b/a Hot Motha Clucker Nashville Bar & Grill, and the Court having found that the entry of a Default Judgment is appropriate,

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Samuel Gevork Galaian, Zohrab Kazarian, Grigar Shakrikian, individually and d/b/a Hot Motha Clucker Nashville Bar & Grill a/k/a Hot Motha Clucker, and Hot Motha Clucker LLC, an unknown business

entity d/b/a Hot Motha Clucker Nashville Bar & Grill, as follows:

(a) defendants Samuel Gevork Galaian, Zohrab Kazarian, Grigar Shakrikian, individually and d/b/a Hot Motha Clucker Nashville Bar & Grill a/k/a Hot Motha Clucker, and Hot Motha Clucker LLC, an unknown business entity d/b/a Hot Motha Clucker Nashville Bar & Grill, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $4,250.00 in total damages plus attorneys' fees in the amount of $625.00 plus costs.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants, or the pro se defendants in this matter.

Dated: December 30, 2024

_____
William Keller
United States District Judge